**Order entered April 20, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** appellee's April 18, 2016 second motion for an extension of time to file a brief. Appellee shall file a brief by **MAY 25, 2016**. We caution appellee that no further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE